CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>     Plaintiff,<br><br>   v.<br><br>MGP X PROPERTIES, LLC, a Delaware Limited Liability Company; PETSMART, INC., a Delaware Corporation; and Does 1-10,<br><br>     Defendants. | **Case:** 2:20-cv-05404-JAK-PLA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Carlos Marsh, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants MGP X Properties, LLC and Petsmart, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 14, 2020        CENTER FOR DISABILITY ACCESS


                               By:   /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

1